# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIMON F. TORRES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF TREASURY, *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:25-cv-01939-BAM (PC)<br><br>ORDER DIRECTING CLERK OF THE COURT TO ADMINISTRATIVELY REDESIGNATE CASE AS A 440 CIVIL ACTION |

　　　　Plaintiff Felimon F. Torres ("Plaintiff") is a state prisoner proceeding *pro se* in this case. On December 19, 2025, Plaintiff filed the complaint commencing this action, (ECF No. 1), together with a motion to proceed *in forma pauperis*, (ECF No. 2). The Clerk designated the case as a prisoner civil rights action pursuant to 42 U.S.C. § 1983. On December 22, 2025, the Court granted Plaintiff's motion to proceed *in forma pauperis*. (ECF No. 5.)

　　　　Upon further review by the Court, it has been determined that the present action is a regular civil action and does not involve a prisoner or detainee litigating the conditions of his confinement.

　　　　Accordingly, it is HEREBY ORDERED as follows:

1. The Clerk of the Court shall re-designate this action as a civil action with nature of suit 440; and
2. The Clerk of the Court shall designate the case number in this action as follows: Case

1  No. 1:25-cv-01939-BAM.

IT IS SO ORDERED.

Dated: **December 29, 2025**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

2